IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA GAULT                             :        CIVIL ACTION
                                       :
         vs.                           :
                                       :
PFIZER, INC.                           :        No. 12-7009

# **O R D E R**

**AND NOW,** this 21st day of June, 2013, upon consideration of Plaintiff's June 21, 2013 letter request, **IT IS HEREBY ORDERED** that the Parties may have an additional sixty (60) days to consummate settlement or to reinstate this matter if necessary.

                                       BY THE COURT

                                       /s/John R. Padova
                                       _____
                                       John R. Padova              J.