JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890

Three Parkway
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
(267) 319-7802

ATTORNEYS FOR DEFENDANT PFIZER INC.

## IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA GAULT<br>Collegeville, PA 19426, | :<br>: |
| Plaintiff, | : Civil Action No. 12-cv-07009 |
| v. | :<br>: **STIPULATION OF DISMISSAL** |
| PFIZER, INC.<br>235 East 42nd Street<br>New York, NY 10017 | : |
| Defendant. | : |

It is hereby stipulated and agreed by and between Plaintiff Lisa Gault ("Plaintiff"), and Defendant Pfizer Inc. ("Defendant"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs or attorneys' fees.

CONSOLE LAW OFFICES LLC
1525 Locust Street, Ninth Floor
Philadelphia, Pennsylvania 19102

_[signature]_

Stephen G. Console, Esq.
Caren N. Gurmankin
Attorneys for Plaintiff

Dated: June 9, 2013

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960

_[signature]_

John M. Nolan
Carla D. Macaluso*
Attorneys for Defendant

Dated: July 10, 2013

*Admitted pro hac vice.
4836-1448-5779, v. 1